# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| INTERNATIONAL FIDELITY INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No.: Case No. 3:12-CV-37 |
| SOLUTIONS TO EVERY PROBLEM, INC., BASIL A. SKELTON, JEFFREY L. WOOD, IDA SALISA WOOD, NICKAJACK PROPERTIES, LLC, and COOL SPORTS, LLC, ) ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Notice is hereby given of the appearance of Jimmy D. Holbrook, Jr. of the law firm of Lewis, King, Krieg & Waldrop, P.C., as counsel for Defendants, Solutions to Every Problem, Inc.; Basil A. Skelton, Jeffrey L. Wood, Ida Salisa Wood, NickaJack Properties, LLC, and Cool Sports, LLC, in the above-styled case. The clerk is requested to direct all mailings in this case to Jimmy D. Holbrook, Jr.

/s/ Jimmy D. Holbrook, Jr.
Jimmy D. Holbrook, Jr., Esq. (BPR #018038)
jholbrook@lewisking.com
LEWIS, KING, KRIEG & WALDROP, P.C.
One Centre Square, Fifth Floor
620 Market Street
P.O. Box 2425
Knoxville, TN 37901
(865) 546-4646

Attorney for all Defendants

**CERTIFICATE OF SERVICE**

       I hereby certify that on this the 15th day of March, 2012, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

       Phillip E. Beck, Esq.
       Smith, Currie & Hancock LLP
       2700 Marquis One Tower
       245 Peachtree Center Avenue, NE
       Atlanta, GA 30303-1227


       /s/ Jimmy D. Holbrook, Jr.
       Jimmy D. Holbrook, Jr., Esq. (BPR #018038)

Doc. #102

2

Case 3:12-cv-00037   Document 12   Filed 03/15/12   Page 2 of 2   PageID #: 311